**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| KATIE MOISER,<br><br>    Plaintiff,<br><br>v.<br><br>ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,<br><br>    Defendant. | Case No. CIV-16-1462-HE |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

  The Plaintiff, Katie Moiser, and Defendant, Allstate Fire and Casualty Insurance Company, by and through their respective counsel, pursuant to Fed. R. Civ. P. 41 (a)(1), hereby jointly stipulate to the dismissal of Plaintiff's claims against Defendant in their entirety with prejudice to their refiling. Each party shall bear its own attorney's fees and costs.

  Dated this 23rd day of January, 2017.

| | |
|---|---|
| s/SCOTT GALLAGHER | s/RONALD L. WALKER |
| (*Signed by filing attorney with permission of attorney*) | RONALD L. WALKER, OBA #9295 |
| | JERRY D. NOBLIN, JR. OBA #20296 |
| Scott Gallagher, OBA #16356 | TOMLINSON · RUST · MCKINSTRY · GRABLE |
| LITTLE, OLIVER & GALLAGHER | Two Leadership Square, Suite 450 |
| One West Main | 211 North Robinson Ave. |
| Ardmore, OK 73401 | Oklahoma City, Oklahoma 73102 |
| Telephone: (580) 224-0900 | Telephone: 405/606.3370 |
| Facsimile: (580) 224-0903 | Facsimile: 877/917.1559 |
| *Attorney for Plaintiff* | ronw@TRMGlaw.com |
| | jerryn@TRMGlaw.com |
| | *Defendant Allstate Fire and Casualty Insurance Company* |